**ALCAN ALUMINUM CORPORATION, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 05–1211.

United States Court of Appeals, Federal Circuit.

April 7, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**In re Melvin K. HOLCOMB, Willian E. Barnes, and Steven L. Bardus.**

No. 04–1550.

United States Court of Appeals, Federal Circuit.

April 14, 2005.

Before NEWMAN, CLEVENGER, and RADER, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36